**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 13-cr-0493-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     **RODNEY BRUCE KELSO**,

    Defendant.

---

**ORDER OF PROTECTION**

---

    This matter comes before the Court on the Government's Unopposed Motion for Order Pursuant to 18 U.S.C. § 3509(d) filed December 20, 2013 (ECF No. 18). The Court having reviewed the Motion hereby FINDS as follows:

    Due to the nature of the charges, the privacy protection measures set forth below and afforded under the Child Victims' and Child Witnesses' Rights Act (the "Act"), 18 U.S.C. § 3509, including § 3509(d), apply to this case. The Act affords certain protections to child victims and child witnesses, including requiring the parties and other personnel to maintain the confidentiality of any documents that disclose the name or any other information concerning a child, maintain the confidentiality of the minor victim's identity in all public filings and court proceedings, and file under seal without the necessity of a Court order any filings that disclose the identity or other personal information of the minor victim. Due to the nature of the case, the Court FINDS that there is a significant possibility that disclosure to the public of the names or other

information concerning any minor victims or witnesses in this case would be detrimental to the minors.

It is THEREFORE ORDERED that

1. The Government's Unopposed Motion is GRANTED.

2. All persons acting in this case in a capacity described in 18 U.S.C. § 3509(d)(1)(B) shall, at trial and during any and all pre-trial and post-trial proceedings in this case, refer to any minors involved by a pseudonym such as "Minor #1" for each such minor;

3. All documents that disclose the name or any other information concerning a child shall be kept in a secure place to which no person who does not have reason to know their contents has access, pursuant to and in compliance with 18 U.S.C. § 3509(d)(1)(A)(i);

4. All documents that disclose the name or any other information concerning a child or the information in them that concerns a child shall be disclosed only to persons who, by reason of their participation in the proceeding, have reason to know such information, pursuant to and in compliance with 18 U.S.C. § 3509(d)(1)(A)(ii);

5. All papers to be filed in Court that disclose the name or other information concerning a child shall be filed under restriction without necessity of obtaining a Court order; and

6. Counsel for the Government and counsel for Defendant shall provide one another with an unredacted copy of any redacted pleading filed in this case provided that such pleading is not filed *in camera*.

Dated this 20th day of December, 2013.

BY THE COURT:

_____
William J. Martinez
United States District Judge