**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Criminal Case No. 13-cr-0493-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**1.    RODNEY BRUCE KELSO**,

      Defendant.

---

**ORDER RESETTING TRIAL DATE AND RELATED DEADLINES**

---

This matter comes before the Court for the re-setting of a trial date and related deadlines upon the entry of the Court's Order Granting Defendant's Motion for Ends of Justice Continuance. Accordingly, it is hereby ORDERED as follows:

A.    All pretrial motions shall be filed by no later than **March 31, 2014**. Responses to these motions shall be filed by no later than **April 10, 2014**. No reply shall be permitted without prior leave of Court. If a party believes an evidentiary hearing on a pretrial motion is necessary, a written request for same must be made by no later than the pretrial motion deadline;

B.    The Court will not consider any motion related to the disclosure or production of discovery that is addressed by the Discovery Memorandum and Order and/or Fed. R. Crim. P. 16, unless prior to filing the motion counsel for the moving party has conferred or made reasonable, good-faith efforts to confer with opposing counsel in an effort to resolve the disputed matter. If the parties are unable to resolve the dispute,

the moving party shall state in the motion the specific efforts which were taken to

comply with this Order to Confer.  Counsel for the moving party shall submit a proposed

order with all motions, opposed and unopposed.  Opposed disclosure or discovery

motions which do not demonstrate meaningful compliance with this Order to Confer will

be stricken;

C.     Expert witness disclosures pursuant to Fed. R. Crim. P. 16 shall

be made no later than seven days before the pretrial motion deadline, and any

challenges to such experts shall be made by said deadline;

D.     Disclosures regarding rebuttal expert witnesses shall be made one week

after the pretrial motion deadline, and any challenges to such rebuttal experts shall be

made no later than two weeks after said deadline;

E.     Local Rule D.C.COLO.LCrR 11.1 applies fully to this case.  Absent an

Order permitting or directing otherwise, a Notice of Disposition shall be filed **no later

than 14 days before the trial date**.  Upon the filing of a Notice of Disposition the Court

will generally convert the Final Trial Preparation Conference to a Change of Plea

hearing, unless for good cause shown a party demonstrates the interests of justice are

better served by scheduling the Change of Plea hearing at a later date;

F.     A Final Trial Preparation Conference is hereby set for **April 22, 2014 at

1:30 p.m. in Courtroom A801**. Lead counsel who will try the case must attend in

person.  Any outstanding motions may be addressed at the time of the Final Trial

Preparation Conference;

G.     The parties must be prepared to address at the Final Trial Preparation

Conference some or all of the issues which may affect the duration or course of the trial

referenced in the Court's Revised Practice Standards applicable to such Conferences;

H.     A **4-day** jury trial is hereby set to commence in the U.S. Courthouse,

**Courtroom A801**, 901 19th Street, Denver, Colorado, on **April 28, 2014 at 8:00 a.m.**

and;

I.     Counsel are directed to this Court's Revised Practice Standards (as

revised effective December 1, 2013) to ensure compliance with all deadlines triggered

by the setting of the Final Trial Preparation Conference and Trial.

Dated this 29th day of January, 2014.

BY THE COURT:

_____

William J. Martínez
United States District Judge